The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIFFANI VINCENT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, <br><br> Defendant. | Case No.: 3:19-CV-05252 BHS <br><br> LCR 39.1 NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION |

Pursuant to LCR 39.1(c)(7) notice is hereby given that on August 6, 2020, the parties participated in a mediation.  The case is now resolved.

DATED this 7th day of August, 2020.

*[signature: Paris K. Kallas]*

Judge Paris K. Kallas, ret.
LCR 39.1 Mediator

Case No.:  Case No.: 3:19-CV-05252 BHS

LCR 39.1 NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION

Judicial Dispute Resolution, LLC
1425 Fourth Ave., Ste 300
Seattle, WA  98101
206-223-1669/F 206-223-0450
www.jdrllc.com