HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIFFANI VINCENT, individually,

    Plaintiff,

vs.

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,

    Defendant.

No. 3:19-cv-05252-BHS

**JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION WITH PREJUDICE**

NOTE ON MOTION CALENDAR:
March 3, 2021

JOINT STIPULATION AND [PROPOSED] ORDER
VOLUNTARILY DISMISSING ACTION WITH PREJUDICE
Case No. 3:18-cv-05252-BHS
003241-11/1441391 V1
019188.0441/8377449.1



1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Plaintiff TIFFANI VINCENT and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, through their undersigned attorneys, hereby stipulate and agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this Honorable Court may dismiss with prejudice all claims, causes of action, and parties, with each party bearing that party's own costs, expenses and fees.

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled cause, through their respective attorneys.

Dated: March 3, 2021.               HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Martin D. McLean*
    Anthony D. Shapiro (WSBA No. 12824)
    Martin D. McLean (WSBA No. 33269)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email:  tony@hbsslaw.com
        martym@hbsslaw.com

*Attorneys for Plaintiffs*


By:    /s/ Andrew G. Yates
    Tim D. Wackerbarth, (WSBA No. 13673)
    Andrew G. Yates, (WSBA No. 34239)
    Warren E. Babb, Jr., (WSBA No. 13410)
    Katie Bass, (WSBA No. 51369)
LANE POWELL
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Tel:   (206) 223-7000
Fax:   (206) 223-7107
Email:  wackerbartht@lanepowell.com
        yatesa@lanepowell.com
        babbw@lanepowell.com
        bassk@lanepowell.com

JOINT STIPULATION AND [PROPOSED] ORDER
VOLUNTARILY DISMISSING ACTION WITH PREJUDICE - 1
Case No. 3:18-cv-05252-BHS
003241-11/1441391 V1
019188.0441/8377449.1



1301 SECOND AVE., SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Mark S. Landman (*Pro Hac Vice*)
LANDMAN CORSI BALLAINE & FORD
120 Broadway, 13th Floor
New York, NY  10271
Tel:    (212) 238-4800
Fax:    (212) 238-4848
Email:  mlandman@lcbf.com

John A. Bonventre (*Pro Hac Vice*)
LANDMAN CORSI BALLAINE & FORD
One Gateway Center, 4th Floor
Newark, NJ  07102 York, NY  10271
Tel:    (973) 623-2700
Fax:    (973) 623-4496
Email:  jbonventre@lcbf.com

*Attorneys for Defendant*

JOINT STIPULATION AND [PROPOSED] ORDER
VOLUNTARILY DISMISSING ACTION WITH PREJUDICE - 2
Case No. 3:18-cv-05252-BHS
003241-11/1441391 V1
019188.0441/8377449.1



1301 Second Ave., Suite 2000 • Seattle, WA 98101
(206) 623-7292 • Fax (206) 623-0594

**ORDER**

Based upon the foregoing stipulation, IT IS SO ORDERED.

DATED: _____, 2021.        _____
                                        Benjamin H. Settle
                                        United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER
VOLUNTARILY DISMISSING ACTION WITH PREJUDICE - 3
Case No. 3:18-cv-05252-BHS
003241-11/1441391 V1
019188.0441/8377449.1



1301 Second Ave., Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

/s/ *Martin D. McLean*
Martin D. McLean (WSBA No. 33269)

JOINT STIPULATION AND [PROPOSED] ORDER
VOLUNTARILY DISMISSING ACTION WITH PREJUDICE - 4
Case No. 3:18-cv-05252-BHS
003241-11/1441391 V1
019188.0441/8377449.1



1301 S<small>ECOND</small> A<small>VE</small>., S<small>UITE</small> 2000 • S<small>EATTLE</small>, WA 98101
(206) 623-7292 • FAX (206) 623-0594