HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIFFANI VINCENT, individually,

                              Plaintiff,

    vs.

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,

                             Defendant.

No. 3:19-cv-05252-BHS

**JOINT STIPULATION AND ORDER VOLUNTARILY DISMISSING ACTION WITH PREJUDICE**

NOTE ON MOTION CALENDAR:
March 3, 2021

JOINT STIPULATION AND ORDER VOLUNTARILY
DISMISSING ACTION WITH PREJUDICE
Case No. 3:18-cv-05252-BHS
003241-11/1441397 V1
019188.0441/8377449.1


1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

1  Plaintiff TIFFANI VINCENT and Defendant NATIONAL RAILROAD PASSENGER

2  CORPORATION, d/b/a AMTRAK, through their undersigned attorneys, hereby stipulate and

3  agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this Honorable Court may dismiss with

4  prejudice all claims, causes of action, and parties, with each party bearing that party's own

5  costs, expenses and fees.

6  IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-

7  entitled cause, through their respective attorneys.

8  Dated: March 3, 2021.          HAGENS BERMAN SOBOL SHAPIRO LLP

9  By: */s/ Martin D. McLean*
        Anthony D. Shapiro (WSBA No. 12824)
10      Martin D. McLean (WSBA No. 33269
11  1301 Second Avenue, Suite 2000
    Seattle, WA 98101
12  Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
13  Email:  tony@hbsslaw.com
            martym@hbsslaw.com
14

15  *Attorneys for Plaintiffs*

16

17  By:    /s/ Andrew G. Yates
        Tim D. Wackerbarth, (WSBA No. 13673)
18      Andrew G. Yates, (WSBA No. 34239)
        Warren E. Babb, Jr., (WSBA No. 13410)
19      Katie Bass, (WSBA No. 51369)
    LANE POWELL
20  1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
21  Seattle, WA 98111-9402
    Tel:    (206) 223-7000
22  Fax:    (206) 223-7107
    Email:  wackerbartht@lanepowell.com
23          yatesa@lanepowell.com
            babbw@lanepowell.com
24          bassk@lanepowell.com

25

26

27

28

JOINT STIPULATION AND ORDER VOLUNTARILY
DISMISSING ACTION WITH PREJUDICE - 1
Case No. 3:18-cv-05252-BHS
003241-11/1441397 V1



1301 SECOND AVE., SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

1  Mark S. Landman (*Pro Hac Vice*)
   LANDMAN CORSI BALLAINE & FORD
2  120 Broadway, 13th Floor
   New York, NY  10271
3  Tel:     (212) 238-4800
   Fax:     (212) 238-4848
4  Email:   mlandman@lcbf.com

5
   John A. Bonventre (*Pro Hac Vice*)
6  LANDMAN CORSI BALLAINE & FORD
   One Gateway Center, 4th Floor
7  Newark, NJ  07102 York, NY  10271
   Tel:     (973) 623-2700
8  Fax:     (973) 623-4496
   Email:   jbonventre@lcbf.com

9

10  *Attorneys for Defendant*

JOINT STIPULATION AND ORDER VOLUNTARILY
DISMISSING ACTION WITH PREJUDICE - 2
Case No. 3:18-cv-05252-BHS
003241-11/1441397 V1
019188.0441/8377449.1



1301 Second Ave., Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

## **ORDER**

Based upon the foregoing stipulation of voluntary dismissal with prejudice, IT IS SO ORDERED.

DATED: This 5th day of March, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

JOINT STIPULATION AND ORDER VOLUNTARILY
DISMISSING ACTION WITH PREJUDICE - 3
Case No. 3:18-cv-05252-BHS
003241-11/1441397 V1



1301 Second Ave., Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594